**STATE of Missouri, Respondent,**

v.

**George BROWN, Jr., Appellant.**

**No. WD 36444.**

Missouri Court of Appeals,
Western District.

July 16, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, first degree, in violation of § 569.020, RSMo 1978 and armed criminal action, in violation of § 571.015.1, RSMo 1978.

Judgment affirmed. Rule 30.25(b).